# EXHIBIT F

*Internet Search*
*Google*



## Cellebrite - Official Site
www.cellebrite.com ▾
Cellebrite's Mobile Forensics solutions enable forensic professionals worldwide to unlock digital intelligence from mobile devices, accelerating investigations ...

### Mobile Forensics
UNIFIED DIGITAL FORENSICS PLATFORM
Explore Cellebrite's new and innovative ...

### Mobile Lifecycle Support
Cellebrite continues to support the widest range of mobile devices and operating ...

### Contact Us
Cellebrite contact us form, global contact us Cellebrite. English (United States) .. Mobile ...

### About Cellebrite
Cellebrite is a global company known for its breakthroughs in mobile data technology, ...

### Products - Extraction
Cellebrite's Mobile Forensics solutions enable forensic professionals worldwide to unlock ...

### Ufed Camera
Mobile Forensics. Solutions, Digital ... Enhance the investigation process by capturing ...

See results only from cellebrite.com

## Cellebrite
Company



Cellebrite Mobile Synchronization company that manufactures data transfer and analysis devices for : and mobile devices. The compan: of Japan's Sun Corporation.

  
Official          Wikipedia          Twitter
website

**Founded:** 1999

## People also search for

   

Sprint          Telstra          T-Mobile          Pelephon:
Corporation

Data from: Wikipedia

Feedback

## Cellebrite Forensics | Twitter
Twitter › @cellebrite_ufed ▾
6 7K followers · 3.4K tweets

| Watch Nick Herfordt, Digital Forensic Detective explain how he uncovered evidence using #UFED in murders case:... twitter.com/i/web/status/8 ... | Investigators identified a missing woman's body by pinging her cellphone, which led them to her submerged car: bit.ly/2n9BKhC |
| --- | --- |
| 2 days ago · See More | 3 days ago · See More |

## Cellebrite Academy – Digital Forensics Excellence
academy cellebrite.com ▾
Cellebrite Academy's Global Training team is honored to be the Instructional Services Provider for the prestigious National Computer Forensics Institute (NCFI), in ...

## Images of cellebrite forensics
bing.com/images

See more images of **cellebrite forensics**

## Cellebrite Products — Forensic Store
forensicstore.com/product/forensic-software/cellebrite-products ▾
Cellebrite's new generation mobile forensic solution, UFED Touch Ultimate, enables the most technologically advanced extraction, decoding, analysis and reporting of ...

## Cellebrite Mobile Forensics - YouTube
www.youtube.com/user/CellebriteUFED ▾
Founded in 1999, Cellebrite is a global company known for its technological breakthroughs in the cellular industry. A world leader and authority in mobile da ...

## Cellebrite Learning Center
https://www.cellebritelearningcenter.com ▾
Cellebrite Learning Center. Comprehensive, ... This capstone examination will test student's knowledge in all of the domains offered in Cellebrite's forensic core ...

## Cellebrite Mobile Forensics Sales Inquiry
go.cellebrite.com/forensics_sales_inquiry_en ▾
Every day around the world, digital data is impacting investigations. Making it intelligent and actionable is what Cellebrite does best. Together, our powerful UFED ..

Your results are personalized. Learn more

1   2   3   4   5   →

Privacy and Cookies     Legal     Advertise     About our ads     Help     Feedback