USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    3/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                **ORDER**
    -against-                            Case #:  16-CR-00374

JASON MARLEY,

                          Defendant.
------------------------------------------------------------------------x

       Upon the application Bryan Konoski, Esq., attorney for the defendant, JASON MARLEY, it is hereby **ORDERED** that:

       BRYAN KONOSKI, KIRA TREYVUS, GABRIELA CANDELARIA, or ENDY ABREU, shall be permitted to provide the Metropolitan Correctional Center ("MCC") with clothing for JASON MARLEY, including shirts, pants, socks, shoes, a belt, and neck ties.

       The MCC shall accept the aforementioned clothing.

       The MCC shall provide the aforementioned clothing to JASON MARLEY and allow him to wear the aforementioned clothing to his trial.


Dated: ____3/13/18_____

   SO ORDERED.                                SO ORDERED

   */s/ Valerie Caproni*

                                                United States District Judge
   HON. VALERIE CAPRONI
   UNITED STATES DISTRICT JUDGE