The Law Office of
# Treyvus & Konoski, P.C.
**Attorneys and Counselors at Law**
305 Broadway, 14th Floor
New York, NY 10007
(212) 897-5832
Fax: (718) 668-1094

July 18, 2018

Judge Valerie E. Caproni
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, NY 10007

 Re: USA v. Jason Marley, 16-CR-00374

## REQUEST TO ADJOURN SENTENCING

Dear Judge Caproni:

 I am writing to request an adjournment of the sentencing date. I have a scheduling conflict on July 25 and 26, 2018. I am scheduled to be out of the state during that time period. I did not realize that I had this conflict when the Court originally scheduled sentencing for July 26.

 If the Court is amenable, I would kindly ask for the sentencing to be adjourned to the following day, July 27 (on July 27 I have a 12:30 conference scheduled, but may be able to find coverage if necessary), or July 30, 31, or August 1, 2018 (any time).

 The Government consents to this request.

 Thank you for your time and attention to this request.

    Sincerely,
    */s/ Bryan Konoski (BK 7563)*
    BRYAN KONOSKI