Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 1 2018

Caption:
United States of America v.

Jason Marley

Docket No.: 16-CR-374

Valerie Caproni
(District Court Judge)

Notice is hereby given that Jason Marley appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other | _____ (specify)
entered in this action on July 30, 2018.
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence ✓ Other | |
Defendant found guilty by plea ✓ | trial | | N/A |
Offense occurred after November 1, 1987? Yes ✓ No | N/A |
Date of sentence: July 30, 2018    N/A ✓
Bail/Jail Disposition: Committed ✓ Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Bryan Konoski |
| Counsel's Address: | Law Offices of Treyvus & Konoski, PC |
| | 305 Broadway, 14th Floor, NY, NY, 10007 |
| Counsel's Phone: | (212) 897-5832 |
| Assistant U.S. Attorney: | Timothy Capozzi |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2404 |

Signature