USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

JASON MARLEY, ORLANDO HARLEY, and NYKOLI WILLIAMS

                    Defendants.

------------------------------------------------------------ X

16-CR-374 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS by letter dated December 2, 2019, Defendant Marley submitted a motion *pro se* for return of property, filed December 6, 2019, *see* Dkt. 234;

IT IS HEREBY ORDERED that the Government must respond to Defendant Marley's motion no later than **January 10, 2020**. The Government must also mail a copy of its response to Defendant Marley at whatever correctional facility he is detained at the time. Defendant Marley may submit a reply, if any, by letter dated no later than **February 7, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant Marley at the Allenwood Medium Federal Correctional Complex.

**SO ORDERED.**

Date: December 13, 2019
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**