```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,
                                        16-CR-374 (VEC)
     -against-

                                        ORDER
JASON MARLEY,

                     Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 23, 2020, the Government provided Mr. Marley's disciplinary records in connection with his motion for compassionate release, *see* Dkt. 247-2; and

       WHEREAS on December 14, 2020, the Court received a letter from Mr. Marley indicating that he recently contracted COVID-19 while incarcerated at FCI Allenwood;

       IT IS HEREBY ORDERED that not later than **December 17, 2020**, the Government must confirm that it has provided all of Mr. Marley's disciplinary records, rather than the records solely for the past two years.

       IT IS FURTHER ORDERED that not later than **December 22, 2020**, the Government must provide updated medical records for Mr. Marley, including any indication of whether the Bureau of Prison's medical staff considers Mr. Marley to have recovered from COVID-19.

       The Clerk of Court is respectfully directed to mail a copy of this order to Defendant Marley at the Allenwood Medium Federal Correctional Complex.

**SO ORDERED.**

_____
Date: **December 15, 2020**                                       **VALERIE CAPRONI**
       **New York, New York**                         **United States District Judge**