**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2021

Jason Marley
Reg# 28283068
White Deer PA 17887
P.O. Box 2000

January 31, 2021

Clerk of Courts
Southern District of NY
40 Foley Sq
NY, NY 10007

Re: Motion for Return of Property
Pursuant to F.R.Cv.P. 41(g), or
in the Alternative, pursuant to
18 U.S.C. § 983(e)
Ind. No. 16-CR-374 (VEC)

Dear Clerk,

I writing to request information pertaining to the Notice of Appeal filed in July 2020

Please Be Advised that Petitioner Had filed the timely Notice to Appeal was Before the deadline

Expired, Petitioner did not get an response for this Court or the Appellate Acknowledging the Notice. or Date and time to filed Petitioner's Brief.

Please respond to this Letter and provide me with the proper course of Action to move forward pertaining to this Appeal from the Order Dated June 26, 2020.

Thank you for your Anticipated Cooperation in this Matter.

Respectfully Submitted

Jason Marley

Mr. Marley's appeal is presently pending before the Second Circuit at Docket No. 20-2459. Mr. Marley must direct all inquiries concerning his pending appeal to the Second Circuit Clerk of Court. If Mr. Marley has access to email, he may direct his inquiry to prosecases@ca2.uscourts.gov. Otherwise, Mr. Marley may mail his inquiries to the U.S. Court of Appeals for the Second Circuit, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully requested to mail a copy of this order to Mr. Marley.

SO ORDERED.

*Valerie Caproni*
2/19/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE