MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2021

April 15, 2021

RECEIVED
2021 APR 26 PM 3:31
CLERK'S OFFICE
U.S. COURT OF APPEALS

Jason Marley
Reg No. 08286068
F.C.I Allenwood Med
P.O. Box 2000
White Deer PA 17887

Clerk of Court office
S.D.N.Y. Courts
40 Foley Square
NY, NY 10007

United States v. Jason Marley
1:16-CR-374 VEC

RE: Application for An Extension of time

Dear Clerk

The application for An Extension within which to file a petition for a 2255 Motion in the Above-entitled case. Please recall the Petitioner Request an Extension of time in a previous Requested But He Did not received an respond as to this Date Petitioner Has received the §2255 application form postmarked April 2021 the Petitioner Has been Designated to specifit Housing Housing (Shu) for 30 days and His unable to complied the information on the Application to the Due Access to His Legal Material, Law Library, until the Petitioner Return to General population May 15, 2021.

Thank for the Courts time and
consideration herein

Respectfully Submitted
Jason Markey

Application DENIED. As the Court stated in its previous order (Dkt. 266), the Court may not consider Mr. Marley's request for an extension of time to file a section 2255 motion absent the "filing of an actual section 2255 motion." *Green v. United States*, 260 F.3d 78, 82-83 (2d Cir. 2001). The Court reiterates its encouragement to Mr. Marley to file his section 2255 motion within the statute of limitations. The Clerk of Court is respectfully directed to mail a copy of this order along with a copy of the Court's previous order at Dkt. 266 to Mr. Marley.

SO ORDERED.

*Valerie Caproni*         5/4/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

INMATE NAME/NUMBER: Jason Marley #82836
FCC ALLENWOOD Medium
P.O. BOX 2000
WHITE DEER, PA 17887

Legal Mail

APR 20 2021

21 APR 2021 PM 2 L
HARRISBURG PA 171

To: Clerk of Courts office
U.S.D.N.Y.
500 Pearl St
New York, NY 10007

