**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF NEW YORK

JASON MARLEY
   Petitioner

vs.

UNITED STATES OF AMERICA
   Respondent

CASE: Civ. 21-6725 VEC
16 Cr. 00374 (VEC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/22

## PETITIONER MOTION FOR THE APPOINTMENT OF COUNSEL

Comes Now the Petitioner JASON MARLEY, pursuant to 18 U.S.C. CJA 3006A request this Court to appoint Counsel to represent him in this case for the following reason

1. The petitioner is unable to afford counsel and has no way of obtaining the CJA 23 financial form or affidavit to make that request

2. The issues involved in this case are complex and beyond any understanding the petitioner has of the law and its procedures

3. The petitioner is currently being held in isolation under strict COVID-19 restriction from in or about December 20 21, the petitioner had contracted the omicron during that time, that has not allow him ample use of the law library to research issue for his response.

4. the petitioner desperately needs the help of legal counsel to properly prepare the issues/claims and supporting facts and laws to support each issues that will be presented befor this Honorable Court

5. The petitioner has limited knowledge of the law

6. the petitioner respectfully ask this court to appoint an attorney if possible due the complex nature of the case and the restriction

WHEREFORE This Honorable Court should appoint counsel to represent the petitioner

Respectfully Submitted
Jason Marley

Signed 9 day of 2 2022

Jason Marley
Reg.No. 08283068
F.C.I Allenwood Med
P.O. box 2000
White Deer PA. 17887

---

Application DENIED. Although the Court is sympathetic to Mr. Marley's difficulties pursuing his claims in light of both COVID-19 and his inexperience with the law, in light of the factors that the Court must consider when determining whether to grant an indigent litigant's request for pro bono representation — especially whether the claim is likely to be of substance or has a chance of success, see Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986) — the Court does not find that Mr. Marley's pending habeas petition merits the appointment of counsel. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Marley and to note the mailing on the docket.

SO ORDERED.

2/24/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

INMATE NAME/NUMBER: Jason Manley #08283-068
FCC ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887

RECEIVED
SDNY PRO SE OFFICE
FEB 23 AM 10:

HARRISBURG PA 171
17 FEB 2022 PM 1 L

Clerk Office
United States District Court
for the Southern District
of NY.
40, foley sq.

USPS
SDNY

10007-150301