USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2024

Jason Marley
Reg No: 08283-068
Allenwood U.S.P
P.O. Box 3000
White Deer PA. 17887

1:24:2024

**MEMO ENDORSED**



RECEIVED
FEB 07 2024
U.S.D.C.
W.P.

Clerk of Court's
Southern District
of New York
300 Quarropas Street
White Plains, NY 10601

RE: US. v. Marley
16-CR-374 (VEC)

Dear Clerk,

This Letter is in response to Petitioner's Motion for requesting the Court Considering a Sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821") which went into effect on November 1, 2023 And which Applies retroactively; see U.S.S.G §§ 1B1.10, 4A1(e), 4C1.1; for status point.

In the January 17, 2024 the petitioner received a Letter Denying Petitioner Motion for reduction in sentence purs

Ant to Amendment 821. in which the Probation Department reported that Defendant is Not eligible for a sentence reduction, because: Even though Amendment 821 reduced Petitioner guideline range, the original sentence was below even the Low end of the Amended guideline range. Citing Probation Report Dkt. 287. I Am requesting a Copy of the Probation Report Dkt 287. And the New calculation of Petitioner guideline range that the Probation Department reported that Amendment 821 reduced. And whatever Status point Petitioner Has received Prior to the "Amendment 821" which went into effect on November 1, 2023. And which Applies retroactively. pursuant U.S.S.G §§ 1B1.10, 4A1.1(e), 4C1.1; to petition believe At the time of Sentencing He was Sentence to tw Different Sentence. and that was the Low End for the Consecutive Sentence. please Have the probation office forward what the "Amendment 821" Reductions Are as it Applies to Me And the New Guideline range And Status Point History reported in Dkt 287. for the Denial

thank you for your Anticipated Co-operation in this Matte

Respectfully Submitted

Jason Markey

Application GRANTED. The Clerk of Court is respectfully directed to mail a copy of the Revised Final Presentence Investigation Report at Dkt. 287 to Jason Marley, Reg. No. 08283-068, USP Allenwood, P.O. Box 3000, White Deer, PA 17887, and to note the mailing on the docket.

SO ORDERED.

2/7/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE